IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 CASE NO. 1:08-cv-00067-MP-AK

1963 MOONEY AIRPLANE M20C
SN 2472 REGISTRATION N6750U,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Motion to Dismiss, filed by the plaintiff, the United States of America. The government states in its motion that the defendant property was found to be forfeitable to the government in the criminal case 1:08-cr-00010-SPM-AK on June 5, 2009, and that the government will therefore pursue forfeiture in that case. Claimant Minerva Quintana has waived any interest in the defendant property and is unopposed to the motion. The government has also notified counsel for claimant William Erickson of its intention to dismiss this case. Upon consideration, it is hereby

    **ORDERED AND ADJUDGED:**

    The Motion to Dismiss (Doc. 16) is GRANTED. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is DISMISSED without prejudice, with each party to bear its own costs and fees. The Clerk is directed to close the file.

    **DONE AND ORDERED** this *22nd* day of July, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge